UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 15644
  JULES TERRENCE JUDKINS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-1334
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/28/07 and confirmed on 11/02/07.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 10924.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 26691.21 | 2195.65 | 4140.50 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7169.59 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1277.60 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1229.05 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4357.56 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1682.07 | .00 | .00 |
| B REAL LLC | UNSECURED | 1587.61 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| GORDON HUGHES | UNSECURED | 5075.95 | .00 | .00 |
| ECMC | UNSECURED | 61771.89 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 10959.64 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1239.73 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 712.36 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 223.09 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 796.74 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26691.21 | 7169.59 | 90913.29 | .00 | 124774.09 |
| PRINCIPAL PAID | 4140.50 | .00 | .00 | .00 | 4140.50 |
| INTEREST PAID | 2195.65 | .00 | .00 | .00 | 2195.65 |
| TOTAL PAID | 6336.15 | .00 | .00 | .00 | 6336.15 |

The Debtor's attorney, PETER FRANCIS GERACI, was allowed $ 3500.00 and was paid $ 425.00 direct and $ 3075.00 through the plan.

The Trustee received $ 532.85 .

Refunds to the Debtor totaled $ 980.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE